UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

FILED
ASHEVILLE, N.C.

SEP - 5 2006

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | 1:03cr00027-11 |
| JOSE MARIA MANGE YANEZ | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION

On May 28, 2003, Maria Yanez posted bond in the amount of $2,500 in the above-captioned criminal case. Defendant was sentenced to a term of probation on July 15, 2003. As no motion has been made by counsel for the return of the bond in this action, the Clerk requests that the court allow these funds to be returned to the owner, Maria Yanez, at 8907 Alejo, Houston, TX 77088.

**FRANK G. JOHNS**
Frank G. Johns, Clerk of Court

## ORDER

SO ORDERED, this the 5th day of September, 2006.

LACY H. THORNBURG
UNITED STATES DISTRICT JUDGE